# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Ke-Shawn Rivers,

        Defendant.

Case No. 3:16-cr-47

Magistrate Judge Ovington

## ORDER

On motion of the Defendant, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Ke-Shawn Rivers, hereby waives his right to a speedy trial from date of arraignment until the scheduled suppression motion, now set for September 27, 2016. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 9/15/16

Defendant: _____

Defense Counsel: _____

_____
United States Magistrate Judge